UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**

Appellate and Supreme Court Litigation Branch
Washington, D.C. 20570

February 4, 2025

**VIA CM/ECF**

Lyle W. Cayce
Clerk, United States Court of Appeals
 for the Fifth Circuit
600 South Maestri Place, Suite 115
New Orleans, LA 70130

    Re:   *United Natural Foods, Inc. v. NLRB*
           5th Cir. No. 21-60532

Dear Mr. Cayce:

    At oral argument yesterday in the above-captioned case, the panel inquired as to the vacancy in the National Labor Relations Board's General Counsel position. At 5:46pm (EST), as argument was concluding, the Board announced that the President had appointed William B. Cowen Acting General Counsel of the Board.

                                    Very truly yours,

                                    /s/ Ruth E. Burdick
                                    Ruth E. Burdick
                                      *Deputy Associate General Counsel*

                                    National Labor Relations Board
                                    1015 Half Street, SE
                                    Washington, DC 20570

cc:  all counsel (via CM/ECF)